| | |
|---|---|
| Dianna Lyons, Esq. (C.S.B. #78844)<br>James L. Oberman, Esq. (C.S.B. #120938)<br>KAZAN, McCLAIN, LYONS,<br>GREENWOOD & HARLEY<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, California  94607<br>Telephone:  (510) 302-1000 | Michele C. Barnes, Esq. (C.S.B. #187239)<br>Daniel W. Fox, Esq. (C.S.B. #268757)<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California  94111<br>Telephone:  (415) 882-8200 |
| Attorneys for Plaintiffs | Attorneys for Defendant Crane Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEISCH and SARAH HERBOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>Defendants. | No. 12-cv-02655 (SI)<br><br>(Alameda County Superior Court Case No. RG12622472)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE; WITHDRAWAL OF NOTICE OF REMOVAL** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Complaint of Plaintiffs John Heisch and Sarah Herbold as to Defendant Crane Co. only is **DISMISSED WITH PREJUDICE**.  Each party to bear their own respective costs of suit.

IT IS FURTHER ORDERED PURSUANT TO STIPULATION that Defendant Crane Co.'s Notice of Removal in this action is **WITHDRAWN**, and the case be remanded to the Superior Court of California, County of Alameda.

Dated:  5/30/12           _____
                          SUSAN ILLSTON
                          UNITED STATES DISTRICT JUDGE

KAZAN, MCCLAIN,
LYONS,
GREENWOOD &
HARLEY,
A PROFESSIONAL LAW
CORPORATION
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1112522.1

[Proposed] Order Granting Stipulation for Dismissal and Withdrawal of Removal
Case No. 12-cv-02655 (SI)