1  Dianna Lyons, Esq. (C.S.B. #78844)       Michele C. Barnes, Esq. (C.S.B. #187239)
   James L. Oberman, Esq. (C.S.B. #120938)   Daniel W. Fox, Esq. (C.S.B. #268757)
2  KAZAN, McCLAIN, LYONS,                    K&L GATES LLP
   GREENWOOD & HARLEY                        Four Embarcadero Center, Suite 1200
3  A Professional Law Corporation            San Francisco, California  94111
   Jack London Market                        Telephone:  (415) 882-8200
4  55 Harrison Street, Suite 400
   Oakland, California  94607
5  Telephone:  (510) 302-1000

6  Attorneys for Plaintiffs                  Attorneys for Defendant Crane Co.

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN HEISCH and SARAH HERBOLD,      No. 12-cv-02655 (SI)

12           Plaintiffs,                (Alameda County Superior Court Case
                                        No. RG12622472)
13       vs.
                                        [PROPOSED] ORDER GRANTING
14  ALLIED PACKING & SUPPLY, INC., et al.,   STIPULATION FOR DISMISSAL WITH
                                        PREJUDICE PURSUANT TO RULE 41(a)
15           Defendants.                OF THE FEDERAL RULES OF CIVIL
                                        PROCEDURE; WITHDRAWAL OF
16                                      NOTICE OF REMOVAL

17

18          PURSUANT TO STIPULATION, IT IS SO ORDERED that the Complaint of

19  Plaintiffs John Heisch and Sarah Herbold as to Defendant Crane Co. only is **DISMISSED**

20  **WITH PREJUDICE**.  Each party to bear their own respective costs of suit.

21          IT IS FURTHER ORDERED PURSUANT TO STIPULATION that Defendant

22  Crane Co.'s Notice of Removal in this action is **WITHDRAWN**, and the case be

23  remanded to the Superior Court of California, County of Alameda.

24

25  Dated:  __5/30/12___         _____
                                 SUSAN ILLSTON
26                               UNITED STATES DISTRICT JUDGE

27

28

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY,
A PROFESSIONAL LAW
CORPORATION
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/1112522.1